No. 437. BOSTON & PROVIDENCE RAILROAD CORPORATION STOCKHOLDERS v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. The petition for rehearing, the

motion to clarify the order of January 9, 350 U. S. 926, and the petition for reconsideration of the judgment as to costs are denied.